**THIS ORDER IS APPROVED.**

**Dated: January 08, 2010**

James M. Marlar
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

---

1 Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 13 |
| ) | |
| GLENN R. GLANCEY, ) | Case No. 4:09-bk-23492-JMM |
| LORETTA M. GLANCEY, ) | |
| ) | |
| Debtors. ) | PROPOSED ORDER RE PROOF |
| ) | OF CLAIM NO. 14 |

The Debtors, GLENN R. GLANCEY and LORETTA M. GLANCEY, by and through counsel undersigned, filed an Objection to Proof of Claim No. 14. The Court has considered the record, and no opposition being filed thereto,

IT IS ORDERED that the Objection is sustained, and that Claim No. 14 is hereby disallowed.

DATED this ___ day of _____, 2009.

_____
United States Bankruptcy Judge